# U.S. District Court
# Eastern District of TEXAS [LIVE] (Tyler)
# CIVIL DOCKET FOR CASE #: 6:19–cv–00167–JDK–KNM

Alexander v. Texas State Board of Medical Examiners et al  
Assigned to: District Judge Jeremy D. Kernodle  
Referred to: Magistrate Judge K. Nicole Mitchell  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 04/25/2019  
Date Terminated: 04/30/2019  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

**Kenny Alexander**     represented by     **Kenny Alexander**  
2308 Lex Ave.  
Tyler, TX 75702  
PRO SE

V.

**Defendant**

**Texas State Board of Medical Examiners**

**Defendant**

**Texas State Board of Pharmacy**

**Defendant**

**Texas State Board of Nursing**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2019 | 1 | COMPLAINT against Texas State Board of Medical Examiners, Texas State Board of Nursing, Texas State Board of Pharmacy, filed by Kenny Alexander.(mjc, ) (Entered: 04/26/2019) |
| 04/25/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Kenny Alexander. (mjc, ) (Entered: 04/26/2019) |
| 04/26/2019 | 3 | CASE REFERRED to Magistrate Judge K. Nicole Mitchell. (mjc, ) (Entered: 04/26/2019) |
| 04/26/2019 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. Consent form mailed to Plaintiff. (mjc, ) (Entered: 04/26/2019) |
| 04/29/2019 | 4 | ORDER OF TRANSFER transferring this case to the Western District of Texas, Austin Division, forthwith and without delay. Signed by Magistrate Judge K. Nicole Mitchell on 4/29/2019. (mjc, ) (Entered: 04/30/2019) |
| 04/30/2019 |  | Mailed Order of Transfer 4 to Kenny Alexander via certified mail rrr, tracking no. |

| | | |
|---|---|---|
| | | 70183090000184391064. (mjc, ) (Entered: 04/30/2019) |
| 04/30/2019 | Ï | Interdistrict transfer to the Western District of Texas Austin Division. (mjc, ) (Entered: 04/30/2019) |